No. 461. MARTHA BRIGHT FARMS, INC. ET AL. *v.* DAVIS ET AL. Motion submitted November 3, 1934. Decided November

19, 1934. *Per Curiam:* The motion of appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Milheim* v. *Moffat Tunnel District,* 262 U. S. 710, 717–721; *Rindge Co.* v. *Los Angeles,* 262 U. S. 700, 705–708; *Olcott* v. *The Supervisors,* 16 Wall. 678, 694–698; *Pine Grove* v. *Talcott,* 19 Wall. 666, 676–677. *Mr. Carl A. Hiaasen* for appellants. *Mr. Charles A. Carroll* for appellees.